IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAVID W. LAPORTE,

        Petitioner,

v.
                                      Case No.  5D22-702
                                        LT Case No. 2021-CF-044639-AX

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed April 8, 2022

Petition for Belated Appeal
A Case of Original Jurisdiction.

Blaise Trettis, Public Defender,
and Michael Mario Pirolo, Chief
Assistant Public Defender, Viera,
for Petitioner.

No Appearance for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall

be filed with the trial court and be treated as the notice of appeal from the

February 17, 2022 judgment and sentence rendered in Case No. 2021-CF-

044639-AX, in the Circuit Court in and for Brevard County, Florida.  See

Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EDWARDS, EISNAUGLE and TRAVER, JJ., concur.